# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | 3:10-CR-100-RCJ (RAM) |
| JENNIFER LADAWN HICKS, | ) ) ) | |
| Defendant. | ) | |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on May 25, 2011, defendant JENNIFER LADAWN HICKS pled guilty to Count One of a Two-Count Criminal Indictment charging her with Possession of a Firearm by a Convicted Felon, in violation of Title 18, United States Code, Section 922(g)(1). #1.

This Court finds defendant JENNIFER LADAWN HICKS agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Criminal Indictment and Plea Agreement. #1.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant JENNIFER LADAWN HICKS pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

1. An Israel Military Industries, Uzi 9 mm rifle, model A, serial number SA28308;
2. A Luger, 9mm semiautomatic pistol, Model Erfurt, serial number 1651;

. . .

3. A Fabrique Nationale, .308 caliber rifle, Model F.N. FAL Sporter, serial number UB60A90139;

4. A Universal Firearms, .30 caliber rifle, Model M1, serial number 67436; and

5. Any and all ammunition ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of JENNIFER LADAWN HICKS in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, United States District Court, Bruce R. Thompson U.S. Courthouse and Federal Building, 400 S. Virginia St., 3rd Floor, Reno, NV 89501.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

. . .

. . .

GREG ADDINGTON
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, NV 89501.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED: This 1st day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I, Greg Addington, Assistant United States Attorney, certify that the following individuals were served with copies of the Preliminary Order of Forfeiture on May 25, 2011 by the below identified method of service:

Electronic Filing

Vito R. De La Cruz
Federal Public Defender
201 West Liberty Street, Suite 102
Reno, NV 89501
vito_delacruz@fd.org
*Counsel for Jennifer Ladawn Hicks*

/s/GregAddington
GREG ADDINGTON
Assistant United States Attorney